ACCEPTED
01-14-00936-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 2:30:59 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00936-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 2:30:59 PM
CHRISTOPHER A. PRINE
Clerk

JOEL D. MALLORY, JR.,
Appellant

v.

WEST BELLFORT PROPERTY OWNERS ASSOCIATION
Appellee

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Comes now, Appellee West Bellfort Property Owners Association ("WBPOA"), files this Motion for Extension of Time to File Appellee's Brief pursuant to Texas Rule of Appellate Procedure 10.5(b) and in support thereof would show the following:

1. WBPOA's deadline for filing its appellate brief is Friday, June 26, 2015.

05267.207 / 1759004.1

2. WBPOA seeks a 30 day extension of time in which to file its responsive brief, such that the brief would be due on Monday, July 27, 2015. This is WBPOA's second request for an extension of time in which to file its brief.

3. On June 2, 2015, Appellee filed its Motion to Dismiss for Want of Jurisdiction which Appellee contends is dispositive of this appeal. The Court raised the jurisdictional issue initially on March 17, 2015. This Court ordered Mallory to provide a response to its March 17, 2015 correspondence regarding Mallory's untimely filing of the Notice of Appeal by March 31, 2015. Mallory failed to provide any response to this Court's inquiry by the Court's deadline.

4. In the case at hand, the deadline for Mallory to file his notice of appeal was November 4, 2014. Including an additional fifteen (15) days under Rule 26.3, the notice of appeal must have been filed by no later than November 19, 2014. Mallory did not file his Notice of Appeal until November 20, 2014. As such, the Notice of Appeal is untimely and the appeal should be dismissed for want of jurisdiction pursuant to Rules 25.1 and 42.3(a) of the Texas Rules of Appellate Procedure.

5. WBPOA requests that the Court grant it an additional thirty (30) day extension of time to file its responsive brief in order to provide the Court time to address the jurisdictional issue prior to Appellee expending the attorney's fees and costs associated with filing and preparing an appellate brief.

2

6.	This request for an extension of time is not sought to cause delay or prejudice, but only so that justice may be done.

WHEREFORE, Appellee respectfully requests that this Court grant its Motion for Extension of Time to File Appellee's Brief	and allow it an additional thirty (30) days in which to file its brief, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**LeClairRyan**

/s/ Leslee N. Haas

By:_____

**JAMES J. McCONN, JR.**
State Bar No. 13439700
**LESLEE N. HAAS**
State Bar No. 24041031
1233 West Loop South, Suite 1000
Houston, Texas 77027
Direct Line: 713-752-8304 (McConn)
Direct Line: 713-752-8394 (Haas)
Facsimile  : 713-650-0027
E-Mail:  james.mcconn@leclairryan.com
E-Mail:  leslee.haas@leclairryan.com

**ATTORNEYS FOR APPELLEE, WEST BELLFORT PROPERTY OWNERS ASSOCIATION**

05267.207 / 1759004.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known Counsel Record on this the 23rd day of June 2015.

Joel D. Mallory, Jr.                    *Via E-Serve & E-Mail & Facsimile*
P. O. Box 301035
Houston Texas 77230
*Appellant Pro Se*

Brandi J. Croffie                       *Via E-Serve & E-Mail*
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston Texas 77057
*Counsel for Appellee*
*West Bellfort Property Owners Association*

/s/ Leslee N. Haas

_____

LESLEE N. HAAS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I made a reasonable attempt to confer with Appellant Joel Mallory by telephone on June 23, 2015. As of the time of filing this motion, no response was received. As such, it is assumed that Appellant is opposed to this motion.

/s/ Leslee N. Haas

_____

LESLEE N. HAAS

4

05267.207 / 1759004.1